IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. 11-1118

SIX ASSORTED FIREARMS and
AMMUNITION,

    Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    Pursuant to an order of reference entered on June 8, 2012, the magistrate judge issued a report and recommendation dated June 25, 2012 (D.E. 21) on the motion of the Plaintiff, the United States of America, to strike the claim of Robert Curran (D.E. 17).  The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.  It is therefore ORDERED that the magistrate judge's report and recommendation is hereby ADOPTED.

    IT IS SO ORDERED this 24th day of July 2012.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE